Certificate Number: 14912-NJ-DE-039543584

Bankruptcy Case Number: 25-13385



14912-NJ-DE-039543584

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on April 11, 2025, at 8:54 o'clock AM EDT, Johnny Delgado completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   April 11, 2025                By:   /s/Jai Bhatt

                                      Name:   Jai Bhatt

                                      Title:   Counselor