UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Law Offices of Roger Chavez**
**Roger Chavez**
**Robert Treat Center**
**50 Park Place Suite 1104**
**Newark, NJ 07102-3806**
**Phone: (973) 735-0530**
**Fax: (973) 735-0531**
**Email: rchavez@chavezlegal.com**
**Bar Number: RC4040**
**Attorney for Debtor**

In Re:

**Delgado, Johnny F.**

| | |
|---|---|
| Case No.: | 25-13385 |
| Judge: | Vincent F. Papalia |
| Chapter: | 13 |

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(A)(8) AND (A)(9)

I, _____ Johnny F. Delgado _____, upon my oath according to law, hereby certify as follows:

1.    The below information is being supplied for compliance with the Confirmation Hearing date on
_____ 7/3/2025 at 08:30 AM _____.

2.    The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3.    The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4.      If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated

Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any

of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: _____ **04/02/2025** _____          _____ **/s/ Johnny F. Delgado** _____
                                            Johnny F. Delgado
                                            Signature of Debtor

DATED: _____          _____

                                            Signature of Joint Debtor

new.5/23/06;jml

2