Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−13385−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Johnny F. Delgado
   34 Navajo Trail
   West Milford, NJ 07480

Social Security No.:
   xxx−xx−0296

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 9, 2025.


Dated: July 9, 2025
JAN: mcp

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-13385-VFP |
| Johnny F. Delgado | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 09, 2025 | Form ID: plncf13 | Total Noticed: 65 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Johnny F. Delgado, 34 Navajo Trail, West Milford, NJ 07480-3610 |
| 520606531 | | ARS National Services, Inc., 500 La Terraza Boulevard, Suite 330, Escondido, CA 92025-3875 |
| 520606528 | + | Ancillary Services of Practice Assoc. PA, 1000 Galloping Hill Road, Clark, NJ 07083-7989 |
| 520606529 | + | Ancillary Services of Practice Assoc. PA, 111 Madison Avenue, Morristown, NJ 07960-6097 |
| 520606534 | + | Atlantic Health System, Chilton Medical Center, 97 West Parkway, Pompton Plains, NJ 07444-1696 |
| 520606549 | + | Ellen Sampaio, 34 Navajo Trail, West Milford, NJ 07480-3610 |
| 520606553 | + | Law Offices of Roger Chavez, Robert Treat Center, 50 Park Place Suite 1104, Newark, NJ 07102-4311 |
| 520606559 | | Radius Global Solutions, LLC, F/K/A Northland Group LLC, 155 Mid Atlantic Parkway, Thorofare, NJ 08086 |
| 520606562 | | State Of New Jersey, Dept. Of Labor & Workforce Development, PO Box 059, Trenton, NJ 08625-0059 |
| 520606563 | | State Of New Jersey, Dept. Of Labor & Workforce Development, 1 John Fitch Plaza, P.O. Box 110, Trenton, NJ 08625-0110 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 09 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 09 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 09 2025 20:56:54 | BMW Bank of North America Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 520606530 | + | Email/Text: legal@arsnational.com | Jul 09 2025 20:49:00 | ARS National Services, Inc., D/B/A Associated Recovery Systems, Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 520606532 | | Email/Text: legal@arsnational.com | Jul 09 2025 20:49:00 | ARS National Services, Inc., 201 W. Grand Avenue, Escondido, CA 92025-2603 |
| 520606526 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2025 21:10:33 | American Express, Citibank, NA, 9111 Duke Boulevard, Mason, OH 45040-8999 |
| 520606523 | + | Email/PDF: bncnotices@becket-lee.com | Jul 09 2025 20:57:38 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520606525 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2025 21:11:01 | American Express, Citibank, NA, Citibank, NA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520606522 | + | Email/PDF: bncnotices@becket-lee.com | Jul 09 2025 21:10:12 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 520606524 | + | Email/PDF: bncnotices@becket-lee.com | Jul 09 2025 20:58:21 | American Express, P.O. Box 30384, Salt Lake City, UT 84130-0384 |
| 520606527 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2025 21:10:13 | American Express Citi Bank, PO Box 8218, Mason, OH 45040-8218 |

Case 25-13385-VFP    Doc 22    Filed 07/11/25    Entered 07/12/25 00:18:08    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: plncf13 | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| 520646509 | | Email/PDF: bncnotices@becket-lee.com | Jul 09 2025 21:21:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520606533 | + | Email/Text: susan.mcnulty@atlantichealth.org | Jul 09 2025 20:48:00 | Atlantic Health System, CentraState Healthcare System, 99 Beauvoir Avenue, Summit, NJ 07901-3533 |
| 520630240 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 09 2025 21:11:04 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520660521 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 09 2025 21:10:00 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520606538 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jul 09 2025 20:56:55 | BMW Financial Services, 5515 Parkcenter Cir, Dublin, OH 43017 |
| 520606539 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Jul 09 2025 21:10:06 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1495 |
| 520606536 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 09 2025 20:48:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 520606537 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 09 2025 20:48:00 | Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 520606535 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 09 2025 20:48:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520606540 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 09 2025 21:10:29 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520606541 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 09 2025 21:10:22 | Capital One Bank USA, NA, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520606542 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 09 2025 20:58:18 | Capital One, N.A., 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 520677227 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2025 20:58:24 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520606543 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2025 21:10:02 | Citibank, N.A., PO Box 6241, Sioux Falls, SD 57117-6241 |
| 520606545 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2025 21:10:03 | Citibank, N.A., PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520606544 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2025 21:10:23 | Citibank, N.A., 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 520606548 | | Email/Text: mrdiscen@discover.com | Jul 09 2025 20:47:00 | Discover Bank, P.O. Box 30943, Salt Lake City, UT 84130-0943 |
| 520606547 | + | Email/Text: mrdiscen@discover.com | Jul 09 2025 20:47:00 | Discover Bank, PO Box 70176, Philadelphia, PA 19176-0176 |
| 520632635 | | Email/Text: mrdiscen@discover.com | Jul 09 2025 20:47:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520606546 | + | Email/Text: mrdiscen@discover.com | Jul 09 2025 20:47:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520606551 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 09 2025 20:48:00 | Goldman Sachs Bank USA, 200 West Street, New York, NY 10282-2198 |
| 520606550 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 09 2025 20:48:00 | Goldman Sachs Bank USA, c/o Apple Card, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 520606552 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 09 2025 20:48:00 | Goldman Sachs Bank USA, 11850 S Election Road, Draper, UT 84020-6814 |
| 520662344 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 09 2025 20:49:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520676192 | | Email/PDF: resurgentbknotifications@resurgent.com Jul 09 2025 21:10:03 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520680441 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2025 21:10:11 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520680560 | + | Email/Text: BKMAIL@planethomelending.com | Jul 09 2025 20:48:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520606554 | + | Email/Text: BKMAIL@planethomelending.com | Jul 09 2025 20:48:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meridan, CT 06450-8342 |
| 520606556 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jul 09 2025 20:49:00 | Quest Diagnostics, Inc., 3 Giralda Farms, Madison, NJ 07940-1027 |
| 520606555 | ^ | MEBN | Jul 09 2025 20:48:44 | Quest Diagnostics, Inc., PO Box 9000, South Windsor, CT 06074-9000 |
| 520606558 | + | Email/Text: ngisupport@radiusgs.com | Jul 09 2025 20:48:00 | Radius Global Solutions LLC, F/K/A Northland Group LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 520606557 | + | Email/Text: ngisupport@radiusgs.com | Jul 09 2025 20:48:00 | Radius Global Solutions LLC, F/K/A Northland Group LLC, 7831 Glenroy Road Suite 250, Minneapolis, MN 55439-3117 |
| 520606560 | ^ | MEBN | Jul 09 2025 20:46:51 | State Of New Jersey, Dept. Of Labor & Workforce Development, PO Box 951, Trenton, NJ 08625-0951 |
| 520606561 | ^ | MEBN | Jul 09 2025 20:46:39 | State Of New Jersey, Division Of Law, PO Box 119, Trenton, NJ 08625-0119 |
| 520606564 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 09 2025 20:56:46 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 520606565 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 09 2025 20:56:47 | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 520606567 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 09 2025 20:56:55 | Synchrony Bank, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520606566 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 09 2025 21:36:39 | Synchrony Bank, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520677419 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 09 2025 20:56:55 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520677122 | ^ | MEBN | Jul 09 2025 20:49:32 | Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |
| 520606568 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com Jul 09 2025 20:57:06 | | Wells Fargo, P.O. Box 94435, Albuquerque, NM 87199-4435 |
| 520606569 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com Jul 09 2025 21:09:57 | | Wells Fargo Bank, N.A., c/o Card Services, PO Box 393, Minneapolis, MN 55480-0393 |
| 520606570 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com Jul 09 2025 20:58:27 | | Wells Fargo Bank, N.A., P.O. Box 10347, Des Moines, IA 50306-0347 |
| 520664806 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com Jul 09 2025 20:57:08 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520646510 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: plncf13 | Total Noticed: 65 |

| | | |
|---|---|---|
| 520646511 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520630242 | *+ | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor BMW Bank Of North America laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Roger Chavez | on behalf of Debtor Johnny F. Delgado rchavez@chavezlegal.com rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5